# EXHIBIT C

# Cyble

De-hashing Cyber Threats at Upstream.

UNCATEGORIZED

## National Western Life Insurance company Nightmare Continues

 By cybleinc
⊘ AUG 24, 2020

The number of cyberattacks in the insurance sector has been growing exponentially as insurance companies are migrating toward digital channels in an effort to expand their share of customer's financial portfolios. Although these digital investments provide new strategic capabilities, on the other side these innovations tend to introduce new cyber-risks and attack vectors to organizations that are relatively inexperienced at dealing with the challenges of an omnichannel environment.

On August 18, 2020, the Cyble Research Team during their daily monitoring of cyber threats and risks they identified a leak post in which the REvil ransomware operators claimed to have breached National Western Life and in possession of 656 GB of company's confidential data.

Founded in the year 1956, National Western Life is a well-known American stock life insurance company headquartered in Austin, Texas. With over 25000 employees the company has been earning annual revenue of around $636.2 million.

Snippet of the post on REvil website –

National western life
Headquarters:10801 N Mopac 3, Expy Bldg, Austin, Texas, 78759, United States
Phone:(512) 836-1010
Website:https://www.nationalwesternlife.com/
Stock Symbol:NWLI
We have 656 gigabytes of your confidential data. Folders: 25110 Files: 453695
Databases, contracts, projects, information about your clients and much more.
We gave you enough time to settle everything peacefully. But you have shown lack of discretion, apparently the confidentiality of your customers' data is an empty phrase for you.
We even have the passports of your children

In that leak disclosure post, the ransomware group posted a couple of screenshots to support their claim of the breach which seems to include a snapshot of database files, passport copies of family members of the company's CEO, corporate contract agreements, information of their clients, and much more.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.
Ok

### Sidebar

UNDERSTANDING CYBERSECURITY IN THE BANKING, FINANCIAL SERVICES AND INSURANCE (BFSI) IS AN INDUSTRY


EliteCISO Webina…
00:00   01:12:19

Search 🔍

OUR BLOGS SCHEDULE

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

August 2020

| File | Size |
|---|---|
| awddb01.mdf | 40gb |
| LifeCycleAccountHistory_Data.MDF | 38gb |
| LifeCycle.MDF | 24gb |
| LifeCycleBOD_Data.MDF | 24gb |
| LifeCycleEOD_Data.MDF | 24gb |
| LifeCycle_Pre02192014_Data.MDF | 18gb |
| LifeCycle_Pre02272014_Data.MDF | 14gb |
| AWDInput.mdf | 11gb |
| Agency.mdf | 5gb |
| LifeCycleArchive_Data.MDF | 5gb |
| AgencyBOD.MDF | 4gb |
| AgentDurationHistory.mdf | 2gb |
| iWORKS.mdf | 1gb |
| InsuranceSystem.mdf | 1gb |
| LifeCycleDaily_Data.MDF | 1gb |
| TMMonitor_Data.MDF | 709mb |
| Claims.mdf | 485mb |
| Contracts.mdf | 412mb |
| Forms.mdf | 331mb |
| LifeCycleIntegration.mdf | 321mb |
| NWLAdmin.mdf | 258mb |
| LifeCycleIntegration_log.ldf | 146mb |
| AWDNba.mdf | 108mb |
| NWLEMS.mdf | 79mb |
| NBSupport.mdf | 68mb |
| LifeCycleLapis.mdf | 55mb |
| POSService.mdf | 36mb |
| CaseManagement.mdf | 15mb |
| **CreditCard.mdf** | **14mb** |
| iWORKS_DATATBL.ndf | 10mb |
| iWORKS_OTHER.ndf | 10mb |
| Complaints.mdf | 6mb |
| Administration.MDF | 5mb |
| SalesConference12.mdf | 4mb |
| PlanCodeDerivation.mdf | 3mb |
| InsuranceSystemIntegration.mdf | 3mb |
| UPSWorldShip.mdf | 3mb |
| AgentForms.mdf | 2mb |
| LifeCycleSupport.mdf | 2mb |
| Illustrationsdb.mdf | 2mb |



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it. Ok



Then after 3 days on 23 August, the ransomware operators published another post in which they claimed to have access to the company's mails, and along with that they released 1% approx. of the total data leak. After analyzing the leaked files, it seems to contain details of the company's customers that include customer's SSNs, date of birth, full name, date of death, residence state, policy number, and policy termination date.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok



Below are the few snapshots of the leaked files being released by the REvil ransomware operators.



Tips on how to prevent ransomware attacks –

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok

- Only download from sites you trust
- Never use unfamiliar USBs
- Use security software and keep it updated
- Backup your data periodically
- Isolate the infected system from the network
- Use mail server content scanning and filtering

It is recommended to follow above mentioned prevention methods and **never pay the ransom.**

**About** Cyble

Cyble is an Atlanta, US-based, global premium cyber-security firm with tools and capabilities to provide near real-time cyber threat intelligence.

Cyble Inc.'s mission is to provide organizations with a real-time view of their supply chain cyber threats and risks. Their SaaS-based solution powered by machine learning and human analysis provides organizations' insights to cyber threats introduced by suppliers and enables them to respond to them faster and more efficiently.

This monitoring and notification platform gives the average consumer insights into their personal cybersecurity issues, allowing them to take action then as needed. It has recently earned accolades from Forbes as being the top 20 cyber-security companies to watch in 2020.



« One of the Giant Darkweb Markets Been Offline for Days    369K+ Alleged Banking records of Indian citizens Leaked on Darkweb »

    By cybleinc

**RELATED POST**



Monitoring Startup Cyble Raises Funding from Y Combinator

FEB 5, 2021

CYBLEINC

Why Cybercriminals Target Code Analytics Companies

FEB 2, 2021

CYBLEINC

Trojan Regains Its Foothold in the Threat Landscape

FEB 2, 2021

CYBLEINC

## Leave a Reply

Your email address will not be published. Required fields are marked *

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok



Case 2:21-cv-04066-WJE   Document 31-3   Filed 06/01/21   Page 6 of 6