UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
(*Electronically Filed*)

| | |
|---|---|
| **MILDRED BALDWIN** and **DOUGLAS DYRSSEN SR.,** On Behalf of Themselves and All Others Similarly Situated, | : : : : : |
| **Plaintiffs,** | : : |
| v. | : Case No. 2:21-cv-04066-WJE : |
| **NATIONAL WESTERN LIFE INSURANCE COMPANY** | : : : |
| **Defendant.** | : : |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THEIR SUGGESTIONS IN SUPPORT OF THEIR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to this Court's Local Rule 7, Plaintiffs Mildred Baldwin and Douglas Dyrssen Sr., individually and on behalf of others similarly situated ("Plaintiffs"), by and through counsel of record, request leave of Court to file their Suggestions in Support of their Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval") in excess of the 15-page limit established by Local Rule 7(d)(1)(A).

In support of this motion (the "Motion for Leave"), Plaintiffs state as follows:

1. Plaintiffs will file on January 19, 2022 their Motion for Preliminary Approval.

2. Given the number and scope of the issues that a party is required to address under Federal Rule of Civil Procedure 26 for preliminary approval of a class action settlement, Plaintiffs believe that the 15-page limit under this Court's Local Rules for suggestions in support of motions is insufficient for the Suggestions in Support of the Motion for Preliminary Approval.

3. Plaintiffs therefore request that the Court grant them leave to submit 28 pages for their Suggestions in Support of the Motion for Preliminary Approval.

4. Defendant's counsel has indicated to Plaintiff's counsel that Defendant does not oppose Plaintiffs' request to submit 28 pages for its Suggestions in Support of their Motion for Preliminary Approval.

5. This Motion for Leave is filed in good faith, and not for the purpose of oppression, harassment, or delay.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave, and permit Plaintiffs to file their Suggestions in Support of their Motion for Preliminary Approval of Class Action Settlement up to and including 28 pages, and such other relief as this Court deems just and proper.

Dated: January 18, 2022                   Respectfully submitted,

    /s/David K. Lietz
David K. Lietz (admitted *pro hac vice*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Tel: (202) 429-2290
dlietz@masonllp.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gerards@bsjfirm.com

Lynn A. Toops (admitted *pro hac vice)*
Lisa M. La Fornara (admitted *pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

Samuel J. Strauss (admitted *pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street Suite 201
Madison, WI 53703
Tel: (608) 237-1775
Sam@turkestrauss.com

James J. Rosemergy
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Tel: (314) 725-7700
Fax: (314) 721-0905
jrosemergy@careydanis.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 18, 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ David K. Lietz*
David K. Lietz

*Counsel for Plaintiffs and the Proposed Class*