UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
(*Electronically Filed*)

| | |
|---|---|
| **MILDRED BALDWIN and** <br> **DOUGLAS DYRSSEN SR.,** <br> On Behalf of Themselves and All Others <br> Similarly Situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **NATIONAL WESTERN LIFE INSURANCE** <br> **COMPANY** <br><br> **Defendant.** | Case No. 2:21-cv-04066-WJE |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Mildred Baldwin and Douglas Dyrssen Sr., individually and on behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant National Western Life Insurance Company ("NWL" or "Defendant"), and the attachments thereto, including the Short Notice, the Long Form Notice, the Claim Form, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order, attached to the Declaration of David Lietz, filed herewith in support of this motion;

2. Conditionally certify the Settlement Class and California Subclass;

3. Appoint Plaintiffs Mildred Baldwin and Douglas Dyrssen, Sr. as Class Representatives;

4. Appoint David K. Lietz of Mason Klinger & Lietz LLP and J. Gerard Stranch, IV of Branstetter Stranch & Jennings PLLC as Class Counsel;

5. Approve a customary short form notice to be mailed to Settlement Class Members (the "Short Notice") in a form substantially similar to that attached as Exhibit B to the Settlement Agreement;

6. Approve a customary long form notice ("Long Notice") to be posted on the settlement website in a form substantially similar to the one attached as Exhibit C to the Settlement Agreement;

7. Direct Notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits B and C thereto;

8. Appoint Postlethwaite & Netterville ("P&N") as Notice Specialist and Claims Administrator;

9. Approve the use of a claim form substantially similar to that attached as Exhibit D to the Settlement Agreement; and

10. Set a hearing date and schedule for final approval of the Settlement and consideration of Settlement Class Counsel's motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of David K. Lietz, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including Long Form and Short Form Notice); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such

2

other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: January 19, 2022

Respectfully submitted,

  *s/David K. Lietz*
David K. Lietz (admitted *pro hac vice*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Tel: (202) 429-2290
dlietz@masonllp.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gerards@bsjfirm.com

Lynn A. Toops (admitted *pro hac vice)*
Lisa M. La Fornara (admitted *pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

Samuel J. Strauss (admitted *pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street Suite 201
Madison, WI 53703
Tel: (608) 237-1775
Sam@turkestrauss.com

James J. Rosemergy
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Tel: (314) 725-7700
jrosemergy@careydanis.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ David K. Lietz*

David K. Lietz