IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
(*Electronically Filed*)

| | |
|---|---|
| **MILDRED BALDWIN** and **DOUGLAS DYRSSEN SR.**, On Behalf of Themselves and All Others Similarly Situated, **Plaintiffs**, v. **NATIONAL WESTERN LIFE INSURANCE COMPANY**, **Defendant.** | Case No, 2:21-cv-04066-WJE |

### PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Plaintiffs Mildred Baldwin and Douglas Dyrssen, Sr., individually and behalf of others similarly situated ("Plaintiffs") hereby move this Court to:

1. Approve an award of attorneys' fees and costs in the amount of $1,314,900; and

2. Approve service awards for the two class representatives in the amount of $3,000 each, or $6,000 in aggregate.

In support of this Motion, Plaintiffs refer this Honorable Court to A) their Suggestions in Support, filed contemporaneously with this motion; B) the records, pleadings, and papers filed in this action, and; C) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the Final Approval Hearing currently scheduled for June 16, 2022.

Wherefore, premises considered, Plaintiffs request that this Court grant this motion and the relief sought herein as part of the Final Approval Order entered in this case.

1

Dated March 23, 2022                              Respectfully submitted,

    */s/David K. Lietz*
David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gerards@bsjfirm.com

Lynn A. Toops (admitted *pro hac vice)*
Lisa M. La Fornara (admitted *pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

Samuel J. Strauss (admitted *pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street Suite 201
Madison, WI 53703
Tel: (608) 237-1775
Sam@turkestrauss.com

James J. Rosemergy
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Tel: (314) 725-7700
Fax: (314) 721-0905
jrosemergy@careydanis.com

*Attorneys for Plaintiffs and Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing by electronic mail to the attorneys and parties of record.

                                                      /s/David K. Lietz
                                                      David K. Lietz