UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
(*Electronically Filed*)

| | |
|---|---|
| **MILDRED BALDWIN and**<br>**DOUGLAS DYRSSEN SR.,**<br>**On Behalf of Themselves and All Others**<br>**Similarly Situated,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**NATIONAL WESTERN LIFE INSURANCE**<br>**COMPANY**<br><br>      **Defendant.** | Case No. 2:21-cv-04066-WJE |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THEIR SUGGESTIONS IN SUPPORT OF THEIR UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to this Court's Local Rule 7, Plaintiffs Mildred Baldwin and Douglas Dyrssen Sr., individually and on behalf of others similarly situated ("Plaintiffs"), by and through counsel of record, request leave of Court to file their Suggestions in Support of their Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval") in excess of the 15-page limit established by Local Rule 7(d)(1)(A).

In support of this motion (the "Motion for Leave"), Plaintiffs state as follows:

1. Plaintiffs will file on April 6, 2022 their Motion for Preliminary Approval.

2. Given the number and scope of the issues that a party is required to address under Federal Rule of Civil Procedure 23 for final approval of a class action settlement, Plaintiffs believe that the 15-page limit under this Court's Local Rules for suggestions in support of motions is insufficient for the Suggestions in Support of the Motion for Final Approval.

3. While it may not seem (from the *seriatim* requests for page extensions) as though Plaintiffs are mindful of the well-settled maxim that "brevity is the soul of wit," Plaintiffs have endeavored to be succinct in their briefing, but came up short.

4. Plaintiffs therefore request that the Court grant them leave to submit 17 pages for their Suggestions in Support of the Motion for Preliminary Approval.

5. Defendant's counsel has indicated to Plaintiff's counsel that Defendant does not oppose Plaintiffs' request to submit 17 pages for its Suggestions in Support of their Motion for Final Approval.

6. This Motion for Leave is filed in good faith, and not for the purpose of oppression, harassment, or delay.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave, and permit Plaintiffs to file their Suggestions in Support of their Motion for Preliminary Approval of Class Action Settlement up to and including 17 pages, and such other relief as this Court deems just and proper.

Dated: April 6, 2022                Respectfully submitted,

/s/David K. Lietz
David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gerards@bsjfirm.com

*Plaintiffs' Counsel and Class Counsel for the Settlement Class*


Lynn A. Toops (admitted *pro hac vice)*
Lisa M. La Fornara (admitted *pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

Samuel J. Strauss (admitted *pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street Suite 201
Madison, WI 53703
Tel: (608) 237-1775
Sam@turkestrauss.com

James J. Rosemergy
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Tel: (314) 725-7700
Fax: (314) 721-0905
jrosemergy@careydanis.com

*Attorneys for Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 6, 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ David K. Lietz*
David K. Lietz