# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| MILDRED BALDWIN, et al., </br>        Plaintiff, </br> </br> v. </br> </br> </br> NATIONAL WESTERN LIFE INSURANCE COMPANY, </br> </br>        Defendant. | ) </br> ) </br> ) </br> )     Case Number: 2:21-CV-04066-WJE </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_ Decision by Court.

Per Order of 9/15/21: Defendant's Motion to Dismiss (Doc. 36) is GRANTED in part and DENIED in part. The claims for damages for emotional distress are dismissed. All other claims survive.

Per Order of 6/16/22: Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (Doc. 69) and Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (Doc. 73) are granted as set forth in the Order at Doc. 76.

ENTERED ON: June 22, 2022

                                                     PAIGE WYMORE-WYNN </br>
                                                     Court Clerk

                                                     *Angel L. Geiser*

                                                     (By) Deputy Clerk